IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| THADDEUS STRAUGHTER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-133-M-BQ |
| | § | |
| GARZA COUNTY SHERIFF, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On July 5, 2022, Petitioner initiated this *pro se* habeas action proceeding *in forma pauperis*. ECF Nos. 1, 4, 7, 9.  On December 16, 2022, the United States Magistrate Judge entered Findings and Conclusions in this case.  ECF No. 11.  The Magistrate Judge RECOMMENDS that the Court dismiss this action without prejudice for want of prosecution in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.  Petitioner did not file objections, and the time to do so has now expired.

After making an independent review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct.  It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 11) are ACCEPTED, and this action is DISMISSED WITHOUT PREJUDICE for want of prosecution.

**SO ORDERED.**

Dated: January 13, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE